**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOHN C. NEWMAN | CIVIL ACTION |
| VERSUS | |
| WARDEN STEVE RADER, ET AL | NO. 08-734-B-M2 |

## RULING

The petitioner, John C. Newman, has filed a Motion for Certificate of Appealability (R. Doc. 24). In connection with his motion, the Court has reviewed this matter and finds the petitioner has not made the requisite substantial showing of the denial of a federal right by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further. *Miller-El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 1034, 154 L.Ed.2d 931 (2003).

Accordingly, the petitioner's Motion for Certificate of Appealability (R. Doc. 24) is hereby **DENIED**.

Baton Rouge, Louisiana, November 17, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA